**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| WILLIAM C. SAPPINGTON, Petitioner, | ) | |
| v. | ) | No. 2:24-cv-02441-SHL-atc |
| WARDEN JOHN GILLEY, Respondent. | ) | |

**ORDER GRANTING RESPONDENT'S MOTION TO DISMISS AND DISMISSING § 2254 PETITION WITH PREJUDICE**

On June 21, 2024, Petitioner William C. Sappington filed a pro se Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254. (ECF No. 1.) At that time, he was an inmate at the South Central Correctional Facility ("SCCF") in Clifton, Tennessee under prisoner identification number 352132. (Id. at PageID 1.) On September 4, 2026, the Court ordered the parties to show cause why the Petition should not be dismissed as moot because, although Petitioner filed the Petition while he was incarcerated, the record, following the filing, indicated that Petitioner had completed his custodial sentence. (ECF No. 1 at PageID 1; ECF No. 1-2 at PageID 17; ECF No. 4 at PageID 22.)

On October 1, 2026, Respondent moved to dismiss the Petition as moot due to Petitioner's death. (ECF No. 6 at PageID 25 (citing what appears to be Petitioner's obituary).) The death of a habeas petitioner renders his federal habeas petition moot. See, e.g., Dellinger v. Mays, No. 3:09-CV-104-TAVDCP, 2023 WL 2316330, at *2–3 (E.D. Tenn. Mar. 1, 2023) (collecting cases). Therefore, Petitioner's § 2254 Petition is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 8th day of October, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE