**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| WILLIAM C. SAPPINGTON,<br>Petitioner,<br><br>v.<br><br>WARDEN JOHN GILLEY,<br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:24-cv-02441-SHL-atc |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on Petitioner William C. Sappington's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254, (ECF No. 1), filed June 21, 2024,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Respondent's Motion to Dismiss and Dismissing § 2254 Petition with Prejudice, (ECF No. 7), entered October 8, 2026, Petitioner's requested habeas relief is **DENIED**, and the Petition is **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

November 2, 2026
Date